SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

November 17, 2026

**<u>Via ECF</u>**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Hyndman v. City of New Rochelle*
Docket No. 26-2856

Dear Ms. Wolfe:

This firm represents the City of New Rochelle ("City") in this matter. We write to advise the Court that the City was never served in the underlying district court action and files a notice of appearance only to preserve its right to participate in argument on this matter if necessary. The City's appearance here is not a waiver of any rights, and the City preserves its defenses in the district court action based on insufficient process/service of process.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

MARK A. RADI

cc: All parties/counsel (via ECF)