# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

DANTE HYNDMAN

v.

CITY OF NEW ROCHELLE, et al.

## CERTIFICATE OF SERVICE*

Docket Number: 26-2856

I, Jasmin Sutherland, hereby certify under penalty of perjury that
(print name)
on November 17, 2026, I served a copy of Mark A. Radi's
(date)
Acknowledgment and Notice of Appearance Form and letter regarding appearance to Catherine O'Hagan Wolfe
(list all documents)

by (select all applicable)**

___ Personal Delivery    x United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Dante Hyndman | 738 Pelhamdale Avenue | New Rochelle | NY | 10801 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/17/2026
Today's Date

[signature]
Signature